Joseph McCarthy, appellee, v. Eleanor H. B. Meyer, appellant. Gen. No. 25,970.

Action to recover for building improvements made for defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920. Rehearing denied October 25, 1920.

Stedman, Soelke & Johnson, for appellant. William A. Morrow, for appellee; Walter M. Fowler, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Nellie Huyler, appellee, v. Margaret A. Martin, trading as Martin Auto Livery, appellant. Gen. No. 25,991.

Action for injuries to passenger in a taxicab driven into a snowdrift. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

Leslie H. Whipp, for appellant. Harvey E. Wynekoop, for appellee; Edward Maher, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

William Ahrens, by Henry A. Ahrens, appellee, v. Weber's Laundry, appellant. Gen. No. 26,003.

Action for injuries resulting from the bite of a dog. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

Edward J. Kelley, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Charles M. Poague et al., trading as McKey & Poague, appellees, v. Albert E. Cook, appellant. Gen. No. 26,027.

Action to recover commissions earned in negotiating the exchange of real estate. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the March term, 1920. Reversed with findings of fact. Opinion filed October 11, 1920. Dever, J., dissenting. Certiorari denied by Supreme Court (making opinion final).

Benjamin F. Richolson, Philip L. Sullivan and Elmer M. Leesman, for appellant. Charles M. Haft, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

Frank H. Davis, appellant, v. Theo. B. W. Zumstein, appellee. Gen. No. 26,042.

Action on a promissory note. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

Iles, O'Connor, Eberhardt & Kesler, for appellant; Roderick H. O'Connor, of counsel. Malato, Wolf & Love, for appellee.

Mr. Justice McSurely delivered the opinion of the court.